**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DEMILSON R. F.,

Petitioner,

v.

TODD BLANCHE, Acting Attorney General; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; DAVID J. VENTURELLA, Acting Director of Immigration and Customs Enforcement; and DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement; DAVE ISAIS, Jail Commander of the Sherburne County Jail,

Respondents.

Case No. 26-CV-3483 (NEB/DLM)

ORDER ON REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

This matter comes before the Court on Petitioner Demilson R.F.'s September 3, 2026 letter requesting leave to file a motion for reconsideration. (ECF No. 22.) Demilson R.F. requests that the Court reconsider its order denying Demilson R.F.'s amended petitioner for writ of habeas corpus. (ECF No. 19.) The Court grants Demilson R. F.'s request.

In his letter, Demilson R.F. alleges factual and legal errors in the order, in particular noting that his due process challenge to his detention raised a question of procedural due process separate from the question addressed by *Zadvydas v. Davis*, 533 U.S. 678 (2001).

Local Rule 7.1(j) requires Demilson R.F. request leave of the Court before filing a motion for reconsideration. D. Minn. LR 7.1(j). In this request, Demilson R.F. must make a showing of "compelling circumstances." *Id*. "Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered

evidence." *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988) (quotation marks and citation omitted). The Court's decision on a motion for reconsideration rests within its discretion. *Hagerman*, 839 F.2d at 413.

The Court concludes that allowing Demilson R.F. permission to file a motion for reconsideration would allow the Court to consider more fully the arguments made by Demilson R. F. The request for leave to file a motion for reconsideration (ECF No. 22) is therefore GRANTED. Petitioner may file the motion.

Dated: September 16, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge